**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6353**

---

MICHAEL D. PORTER,

        Plaintiff - Appellant,

    v.

OFFICER LECHNER; OFFICER SMITH; SERGEANT WILBURN,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03148-BO-RJ)

---

Submitted:  August 30, 2024                            Decided:  October 1, 2024

---

Before WILKINSON, RUSHING, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael D. Porter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Porter appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.* We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Porter v. Lechner*, No. 5:23-ct-03148-BO-RJ (E.D.N.C. Apr. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* The district court's order dismissing the complaint without prejudice is a final, appealable order because the court did not grant Porter leave to amend. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).